**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| RICHARD LUKE RIDDLE,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC;<br><br>    Defendants. | Civil Action No.: 1:25-cv-00149-H<br><br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Richard Luke Riddle and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: December 3, 2025,          */s/Moshe Boroosan*
                                  Moshe Boroosan, Bar #5429915NY
                                  CONSUMER ATTORNEYS
                                  68-29 Main Street
                                  Flushing NY 11367
                                  T: (718) 887-2926
                                  F: (718) 247-8020
                                  E: mboroosan@consumerattorneys.com

                                  *Attorneys for Plaintiff,*
                                  *Richard Luke Riddle*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *_/s/ Willow Markowicz_*

2