UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RICHARD LUKE RIDDLE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

No. 1:25-CV-149-H

## ORDER OF DISMISSAL

Before the Court is Richard Luke Riddle and Trans Union, LLC's Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 41. Also before the Court is Riddle and Experian Information Solutions, Inc.'s Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). Dkt. No. 44. The joint stipulations are approved. It is ordered that Riddle's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees. The joint motion for a protective order (Dkt. No. 35) is denied as moot.

So ordered on May __6__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE